

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| vs. | Case No. |
| RONALD J. BAUER | 3-05CV0.426.-H |
| Defendant. | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The Securities and Exchange Commission is unaware of any person or entity, other than the defendant, who has a financial interest in the outcome of this litigation. These persons include:

1. Ronald J. Bauer
   1001-1328 Marinaside Cr.
   Vancouver, BC  V6Z 3B3
   Canada

DATED: March 2, 2005

Respectfully submitted,

_____
Toby M. Galloway
Texas Bar No. 00790733
Attorney for Plaintiff
U.S. Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, Texas 76102-6882
(817) 978-6447
(817) 978-4927 (Facsimile)