AO 440 (Rev. 10/93) Summons in a Civil Action

**C O P Y**

# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

SECURITIES AND EXCHANGE COMMISSION

           Plaintiff,

    V.

**RONALD J. BAUER,**

           Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**3-05CV0426.-H**

TO: (Name and address of defendant)

Ronald J. Bauer
1001-1328 Marinaside Cr.
Vancouver, BC  V6Z 3B3
Canada

Or wherever located

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorneys (NAME AND ADDRESS)

Toby M. Galloway
UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
Fort Worth Office
801 Cherry Street, Suite 1900
Fort Worth, TX  762018-6819

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

_____
CLERK

3/2/05
DATE

_M. Butler_
(BY) DEPUTY CLERK

(1SS - 1)