**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 11

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

Case No.: 3-05CVO. 426.-H

v.

RONALD J. BAUER

Defendants.

### AFFIDAVIT OF ATTEMPTED SERVICE

I, NOEL WHITEHEAD of the City of Vancouver, in the Province of British Columbia, Canada, Process Server, MAKE OATH AND SAY AS FOLLOWS:

THAT in this action now produced to me and marked Exhibit 'A', to this my affidavit is a SUMMONS IN A CIVIL ACTION.

1. THAT I went to the last known address for the defendant herein; RONALD J. BAUER at #1001-1328 Marinaside Cr., Vancouver, British Columbia, Canada, on Friday the 4th day of March 2005. The said defendant was listed on the intercom board (entry code #1033), but there was no answer. There was a concierge on duty at the time, who confirmed that Ronald Bauer resides in Suite #1001 and who offered to take the documents (which were in an envelope), for Mr. Bauer. I said that I would come back another time.
2. THAT I have returned to the said address seven more times during the week, in the morning, afternoon and evenings, also on Saturday and Sunday mornings. Each time there has been no answer at suite #1001.
3. THAT I returned to the said address on Monday the 14th day of March 2005. Again there was no answer at the defendant's suite. I then talked to the concierge on duty who told me that he had not seen Mr. Bauer for about three weeks. He also told me that Mr. Bauer was frequently out of town and that he did not know when Mr. Bauer would be back.

SWORN before me at Vancouver
British Columbia this 14th day of
March 2005.

_____
A Commissioner For Taking
Affidavits For British Columbia

_____
NOEL WHITEHEAD

ANDREW A. PUDY
BARRISTER & SOLICITOR
SUITE 2300, 1055 DUNSMUIR ST.
P.O. BOX 49122, VANCOUVER, B.C. V7X 1J1
TELEPHONE (604) 683-6498

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

                      **SUMMONS IN A CIVIL ACTION**

V.

                    CASE NUMBER:  **3-05CV0.426.-H**

**RONALD J. BAUER,**

        Defendants.

TO: (Name and address of defendant)

Ronald J. Bauer
1001-1328 Marinaside Cr.
Vancouver, BC  V6Z 3B3
Canada

Or wherever located

This is Exhibit "A" referred to in the affidavit of N. WHITEHEAD sworn before me at VANC this 14 day of MARCH, 2005

_____
A Commissioner for taking Affidavits within the Province of British Columbia

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorneys (name and address)

Toby M. Galloway
UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
Fort Worth Office
801 Cherry Street, Suite 1900
Fort Worth, TX  762018-6819

A. DURY
BARRISTER & SOLICITOR
SUITE 2300, 1055 DUNSMUIR
P.O. BOX 49122, VANCOUVER, B.C.
TELEPHONE (604) 683-6498

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

_____                    3/2/05
CLERK                                                         DATE

_M. Butler_
(BY) DEPUTY CLERK