IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | * * | |
| Plaintiff | * * | |
| v. | * * | Civil No. 3:05-CV-0426-H |
| RONALD J. BAUER | * * | |
| Defendant | * | |

## O R D E R

Counsel and any unrepresented parties are directed to **meet** for the purpose of preparing a <u>Joint</u> Status Report in this case. The actions directed by Fed.R.Civ.P. 26(a)(1) and 26(f) are not required. The Report shall be filed within 21 days of the date of this Order and shall address in separate paragraphs each of the following matters:

(1) A brief statement of the nature of the case, including the contentions of the parties.

(2) Any challenge to jurisdiction or venue.

(3) Any pending or contemplated motions and proposed time limits for filing.

(4) Any matters which require a conference with the Court.

(5) Likelihood that other parties will be joined.

(6) Estimate time needed for discovery. Discovery may not commence until the joint status report is filed except by leave of court or agreement of the parties.

(7) Whether a conference to develop a discovery schedule should be set by the Court. Counsel may propose a discovery schedule in the joint status report.

(8) That counsel have read <u>Dondi</u>, 121 F.R.D. 284 (N.D. Tex. 1988).

(9)   That counsel have read and are familiar with this District's Civil Justice Expense and Delay Reduction Plan, effective July 1, 1993.

(10)  Requested trial date, estimated length of trial, and whether jury has been demanded.

(11)  Whether the parties will consent to trial (jury or non-jury) before United States Magistrate Judge **Paul D. Stickney**.  (NOTE: Before responding to this question, counsel are directed to carefully review the provisions of 28 U.S.C.A. § 636(c).  Judge Stickney can usually provide a specific trial date.)

(12)  Whether the parties will agree to mediation to resolve this litigation.  Counsel must certify that they have reviewed the option of early mediation with their clients.  Counsel may select the mediator.

(13)  Status of settlement negotiations, and whether a settlement conference should be scheduled by the Court.

(l4)  Any other matters relevant to the status and disposition of this case.

Plaintiff's counsel is responsible for initiating the status meeting and for filing the Status Report.  The attorneys of record and all unrepresented parties that have appeared in the case must be present or represented at the meeting.  Any differences about any of the matters listed above must be set forth in the Report.

Failure to timely submit the **Joint** Status Report may result in the imposition of sanctions, including dismissal without further notice.  See Rule l6(f), Fed.R.Civ.P.

SO ORDERED.

DATED: May 6, 2005

_____
**BAREFOOT SANDERS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**