# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> vs. : <br> : <br> RONALD J. BAUER, : <br> : <br> Defendant. : | **Civil Action No.** <br> 3:05-CV-0426-H |

## JOINT REPORT ON STATUS OF SETTLEMENT

The parties hereby submit their Joint Report on Status of Settlement, as required by this Court's Order dated November 14, 2005. The parties report meaningful progress, as Defendant Bauer has (as of January 6, 2006) delivered faxed copies of the signed settlement documents. Counsel for the Commission is now able to recommend the settlement to the Commission. This process will take approximately 30 more days to complete. Assuming Commission approval of the settlement recommendation and consummation of Bauer's initial funding obligation, the parties expect to submit an Agreed Final Judgment by February 15, 2006.

Dated:  January 6, 2006.                    Respectfully Submitted,


                                                                        /s/ Toby M. Galloway
                                                Toby M. Galloway
                                                Texas Bar No. 00790733
                                                Attorney for Plaintiff
                                                U.S. Securities and Exchange Commission
                                                Burnett Plaza, Suite 1900
                                                801 Cherry Street, Unit #18
                                                Fort Worth, Texas 76102-6882
                                              (817) 978-6447
                                              (817) 978-4927 (Facsimile)


                                                /s/ David B. Dyer
                                                David B. Dyer
                                                Texas Bar No. 06313500
                                                SECORE & WALLER, L.L.P.
                                                Three Forest Plaza
                                                12221 Merit Drive, Suite 1100
                                                Dallas, Texas  75251
                                                Telephone: 972-776-0200
                                                Fax: 972-776-0240

                                                Marvin Pickholz
                                                New York Bar No. 1504844
                                                AKERMAN SENTERFITT LLP
                                                335 Madison Ave., 26th Floor
                                                New York, NY 10017
                                                Telephone: 212-759-2400
                                                Fax: 212-759-7728


                                                COUNSEL FOR DEFENDANT