# *MEMORANDUM*

*United States District Court*
*Northern District of Texas*
*Office of the Clerk*

---

TO:        Docket Clerk

FROM:   Financial

SUBJECT:   MONEY DEPOSITED IN REGISTRY OF COURT

Attached is a receipt for the following transaction:

- \_\_\_\_ Supersedeas Bond
- \_\_\_\_ Temporary Restraining Order
- \_\_\_\_ Interpleader Funds
- \_\_\_\_ Preliminary Injunction
- _X_ Judgement/Order
- \_\_\_\_ Cost Bond
- \_\_\_\_ Sanction

Please make an entry in ICMS in case _305CV00426-H_ that reflects 1) the date the bond was posted; 2) the amount paid; and 3) the receipt number _227971_ all of which you will find on the attached receipt.

Please contact me if you have any questions.

_[signature]_
Deputy Clerk, Financial

```
Thu Feb 16 10:54:37 2006

   UNITED STATES DISTRICT COURT
                  , TX

Receipt No.    30 227971
Cashier         burton

Tender Type   CHECK

Check Number: 672

Transaction Type   C

Case No./Def No. 3:05-CV-00426 /

CD Code    Div No    Acct
 4677         3      604700

Amount             $ 140000.00

MAIL PMT PER ORDER FOR 305CV00426

SECURITIES AND EXCHANGE



  ba
```