IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND<br>EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>RONALD J. BAUER,<br><br>            Defendant. | Civil Action No.<br>3:05-CV-0426-H |

### ORDER APPROVING PLAINTIFF'S UNOPPOSED MOTION FOR DISBURSEMENT OF FUNDS TO THE SECURITIES AND EXCHANGE COMMISSION

Having considered the Unopposed Motion of Plaintiff Securities and Exchange Commission, this Court hereby grants the Motion.

Wherefore, it is hereby ORDERED that this Court and its Clerk of Court release all funds held in the Court's registry in this case (Civil Action No. 3:05-CV-0426). It is further ORDERED that the Clerk of the Court mail the check to: Office of Financial Management, Securities and Exchange Commission, 6432 General Green Way, Alexandria, VA 22312.

Signed this 5 day of May, 2008.

_____
UNITED STATES DISTRICT COURT